1   KEKER & VAN NEST, LLP
    ASHOK RAMANI - #200020
    ANDREW N. SHEN - #232499
2   710 Sansome Street
    San Francisco, CA  94111-1704
3   Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
4
    Attorneys for Defendants
5   GOOGLE, INC., GOOGLE ADSENSE

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  THERESA B. BRADLEY,                    Case No. C-06-05289-WHA

13                        Plaintiff,       **STIPULATION EXTENDING TIME TO
                                           ANSWER OR OTHERWISE RESPOND
14        v.                               TO FIRST AMENDED COMPLAINT**

15  GOOGLE, INC., GOOGLE ADSENSE,

16                        Defendants.

17

18                         **STIPULATION**

19

20        WHEREAS, on August 28, 2006, plaintiff Theresa B. Bradley ("Bradley") filed the

21  instant action in the United States District Court for the Northern District of California, Case No.

22  C-06-05289-WHA;

23        WHEREAS, on September 12, 2006, plaintiff Bradley filed a First Amended Complaint

24  against defendants Google, Inc. and Google Adsense ("Google");

25        WHEREAS, counsel of record for defendants, Keker & Van Nest LLP, have agreed to

26  accept service of the First Amended Complaint and Summons on behalf of Google.

27  //

28
                                        1
           STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
                            FIRST AMENDED COMPLAINT
                            CASE NO. C-06-05289-WHA

//

1

2    IT IS HEREBY STIPULATED that defendants Google, Inc. and Google Adsense shall

3 have until November 16, 2006 to answer or otherwise respond to the First Amended Complaint

4 in this action.

5    IT IS SO STIPULATED.

6

7 Dated:  October _9_, 2006

8

9                                                    By: _Theresa L Bradley_

10                                                   THERESA B. BRADLEY
                                                     Plaintiff                    10/9/06
11

12 Dated:  October _13_, 2006                        KEKER & VAN NEST, LLP

13

14

15                                                   By: _Ashok Ramani_

16                                                   ASHOK RAMANI
                                                     Attorneys for Defendants
17                                                   GOOGLE, INC., GOOGLE ADSENSE

18

19

20

21

22

23

24

25

26

27

28