KEKER & VAN NEST, LLP
ASHOK RAMANI - #200020
ANDREW SHEN - #232499
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
GOOGLE, INC., GOOGLE ADSENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THERESA B. BRADLEY, Psy.D./JD, | Case No. C-06-05289-WHA |
|---|---|
| Plaintiff, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** |
| v. | |
| GOOGLE, INC., GOOGLE ADSENSE, | Date: December 21, 2006<br>Time: 8:00 a.m.<br>Dept: Courtroom 9<br>Judge: William H. Alsup |
| Defendants. | |
| | Date Comp. Filed: August 28, 2006 |
| | Trial Date: TBD |

1    Defendants Google, Inc. and Google AdSense ("Google") respectfully request that the
2  Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of certain
3  documents and information cited in support of its Motion to Dismiss Amended Complaint for
4  Failure To State A Claim.

5                    **I.      REQUEST FOR JUDICIAL NOTICE**

6    Pursuant to Federal Rule of Evidence 201, Google requests that the Court take judicial
7  notice of the following:

8    (1)    Google AdSense Online Standard Terms and Conditions. A true and correct copy
9  of this web page is attached hereto as Exhibit A.

10   (2)    Google AdSense Tour. A true and correct copy of these web pages are attached
11  as Exhibit B.

12   (3)    Gmail Terms of Use. A true and correct copy of this web page is attached hereto
13  as Exhibit C.

14   Exhibits A-C are suitable for judicial notice pursuant to Federal Rule of Evidence 201(b).
15  Under that rule, the Court may take judicial notice of any matter that is "not subject to reasonable
16  dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court
17  or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot
18  reasonably be questioned." Courts have relied on Fed. R. Evid. 201(b) to take judicial notice of
19  information available through public websites. *See Doron Precision Systems, Inc. v. FAAC, Inc.*,
20  423 F. Supp. 2d 173, 179 n.8 (S.D.N.Y. 2006) ("For purposes of a 12(b)(6) motion to dismiss, a
21  court may take judicial notice of information publicly announced on a party's website, as long as
22  the website's authenticity is not in dispute and it is capable of accurate and ready
23  determination.") (quotations omitted); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965-66
24  (C.D. Cal. 2005) (granting request for judicial notice of web pages).

25   (4)    Search results from the website of the California Secretary of State for queries on
26  "Google" and "Google AdSense." A true and correct copy of these search results are attached
27  hereto as Exhibit D.

28

1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS AMENDED COMPLAINT
CASE NO. C-06-05289-WHA

384513.01

1     Exhibits D is suitable for judicial notice pursuant to Federal Rule of Evidence 201(b) since it reflects the records of a state administrative body. *See Interstate Nat. Gas Co. v. Southern California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1954) (courts may "take judicial notice of records and reports of administrative bodies").

    Accordingly, this Court is entitled to take judicial notice of Exhibits A – D and Google requests that this Court take judicial notice of the exhibits identified above and attached hereto.

Dated: November 16, 2006                                KEKER & VAN NEST, LLP

                                           By: /s/ Andrew Shen
                                                  ANDREW SHEN
                                                  Attorneys for Defendants
                                                  GOOGLE, INC., GOOGLE ADSENSE