Bradley v. Google, Inc. et al
Case 3:06-cv-05289-WHA    Document 13-3    Filed 11/16/2006    Page 1 of 11
Doc. 13 Att. 2

# EXHIBIT B

Dockets.Justia.com

 AdSense

AdSense Ho

## What's AdSense?

1 of 10

**What's AdSense?**

Earn more revenue

Get started in minutes

Access thousands of advertisers

Grasps the meaning of your content

Make money from a Google search box

Show only appropriate ads

Customize AdSense for your site

See what our customers say

Apply now

Google AdSense is the program that can give you advertising revenue from each pag website—with a minimal investment in time and no additional resources.

AdSense delivers relevant text and image ads that are precisely targeted to your site site content. And when you add a Google search box to your site, AdSense delivers r ads that are targeted to the Google search results pages generated by your visitors' s request.



© Google 2004



http://www.google.com/services/adsense_tour/    11/16/2006


AdSense

AdSense Ho

### Earn more revenue

2 of 10

- What's AdSense?
- Earn more revenue
- Get started in minutes
- Access thousands of advertisers
- Grasps the meaning of your content
- Make money from a Google search box
- Show only appropriate ads
- Customize AdSense for your site
- See what our customers say
- Apply now

You can maximize your revenue potential by displaying Google ads on your website. relevant CPC (cost-per-click) and CPM (cost per thousand impressions) ads through auction, and lets them compete against one another. The auction takes place instanta and, when it's over, AdSense automatically displays the text or image ad(s) that will g maximum revenue for a page -- and the maximum revenue for you.



Your reporting page gi a quick snapshot of h ads are performing an much money you're n

© Google 2004

AdSense Home    Apply Now


AdSense

AdSense Ho

## Get started in minutes

3 of 10

What's AdSense?

Earn more revenue

**Get started in minutes**

Access thousands of advertisers

Grasps the meaning of your content

Make money from a Google search box

Show only appropriate ads

Customize AdSense for your site

See what our customers say

Apply now

Becoming an AdSense publisher is simple. All it takes is a single online application. C approved, AdSense takes only minutes to set-up. Just copy and paste a block of HTN targeted ads start showing up on your website.

Copy and paste a HTML code into pages, and you're serve ads.

AdSense Home    Apply Now

© Google 2004

 AdSense

AdSense Hc

### Access thousands of advertisers

4 of 10

What's AdSense?

Earn more revenue

Get started in minutes

Access thousands of advertisers

Grasps the meaning of your content

Make money from a Google search box

Show only appropriate ads

Customize AdSense for your site

See what our customers say

Apply now

© Google 2004

With Google's extensive advertiser base, we have ads for all categories of businesse practically all types of content, no matter how broad or specialized. And since Google the ads, you have no advertiser relationships to maintain.

The AdSense program represents advertisers ranging from large global brands to sm companies. Ads are also targeted by geography, so global businesses can display lo advertising with no additional effort. And you can use AdSense in many languages.



Google's large advertiser base means we have relevant ads for you – no matter how specialized your content.

AdSense Home   Apply Now



AdSense

AdSense Ho

### Google grasps the meaning of your content

5 of 10

What's AdSense?

Earn more revenue

Get started in minutes

Access thousands of advertisers

Grasps the meaning of your content

Make money from a Google search box

Show only appropriate ads

Customize AdSense for your site

See what our customers say

Apply now

AdSense can deliver relevant ads because Google understands the meaning of a we We've refined our technology, and it keeps getting smarter all the time. For example, have several different meanings, depending on context. Google technology grasps th distinctions, so you get more targeted ads.



If you have a page about Java the coffee, our technology knows that it's not about Java the programming language. And you get ads about coffee.

AdSense Home    Apply Now

© Google 2004

http://www.google.com/services/adsense_tour/page5.html          11/16/2006

 AdSense

AdSense Ho

## Make extra money with a Google search box

6 of 10

What's AdSense?

Earn more revenue

Get started in minutes

Access thousands of advertisers

Grasps the meaning of your content

**Make money from a Google search box**

Show only appropriate ads

Customize AdSense for your site

See what our customers say

Apply now

Place a Google search box on your site, and you can start monetizing the results from searches. Not only does this keep your users on your website longer—since they can from where they are—it takes just minutes to implement. And you pay nothing to parti



When people sear from your site, the results pages shov ads. And you get p people click on th

© Google 2004

AdSense Home      Apply Now


AdSense

AdSense Ho

## Show only appropriate ads

7 of 10

What's AdSense?

Earn more revenue

Get started in minutes

Access thousands of advertisers

Grasps the meaning of your content

Make money from a Google search box

**Show only appropriate ads**

Customize AdSense for your site

See what our customers say

Apply now

Google's ad review process ensures that the ads you serve are not only family-friendl comply with our strict editorial guidelines. We combine sensitive language filters, you a team of linguists with good hard common sense to automatically filter out ads that n inappropriate for your content. What's more, you can block competitive ads and choo: default ads. It's your show from start to finish.



filters keep out inappropriate and competitive ads.

**Competitive Filter**
Enables you to filter out specific competitors or spec advertisers

**Contextual Filter**
Eliminate delivery of ads that would be inappropriate on pages

**Editorial Review**
All Google ads are reviewed and approved before b served on your pages

**Customizable default ads**
In the unlikely event that Google is unable to serve t ads on your page, we provide the option to display a ad of your choice

[AdSense Home]   [Apply Now]

© Google 2004

AdSense

AdSense Ho

## Customize AdSense for your site

8 of 10

- What's AdSense?
- Earn more revenue
- Get started in minutes
- Access thousands of advertisers
- Grasps the meaning of your content
- Make money from a Google search box
- Show only appropriate ads
- **Customize AdSense for your site**
- See what our customers say
- Apply now

© Google 2004

You can customize the appearance of ads, choosing from a wide range of colors and Ditto with your search results page. Your reports are customizable, too. Flexible repor you group your pages in any way you want so you can view your results by URL, don type, category and more to learn where your earnings are coming from.



Use the color p match the look to the look of y

http://www.google.com/services/adsense_tour/page8.html    11/16/2006


AdSense

AdSense Hc

### See what our customers say

9 of 10

- What's AdSense?
- Earn more revenue
- Get started in minutes
- Access thousands of advertisers
- Grasps the meaning of your content
- Make money from a Google search box
- Show only appropriate ads
- Customize AdSense for your site
- **See what our customers say**
- Apply now

© Google 2004

"Instead of spending money to hire an additional sales rep to sell ad banners, Google ads have bec sales tool for us. Now we're able to reap thousands of dollars in additional advertising revenue each we would very likely have missed without Google AdSense."
- Robert Hoskins, Editor and Group Publisher, Broadband Wireless Exchange

"Google shows targeted ads reflecting the sorts of information and services SeatGuru visitors want. business like mine, this is the best approach to advertising. You set it up easily, it automatically sen ads, and it takes very little of my time."
- Matt Daimler, Founder, SeatGuru.com

"At the beginning I was very concerned that I might lose traffic to competitors. I only used AdSense number of the site's pages, and I watched the stats very carefully. If the traffic, pages per visitor, or rates dropped I knew I could easily pull the ads...Since implementing AdSense, our ad revenue has more than tenfold, and 100 percent of my available inventory is now sold through AdSense."
- Vik Kachoria, Entrepreneur, Real Adventure.

[ AdSense Home ]   [ Apply Now ]

  AdSense

AdSense Ho

### Apply now                                                                          10 of 10

- What's AdSense?
- Earn more revenue
- Get started in minutes
- Access thousands of advertisers
- Grasps the meaning of your content
- Make money from a Google search box
- Show only appropriate ads
- Customize AdSense for your site
- See what our customers say
- **Apply now**

© Google 2004

You can run Google ads on all or just some of your pages, using AdSense strategical complement your direct sales team. You'll pay nothing, spend little time on set-up, an maintenance worries. You can use AdSense for a day, a month or for however long it you to make a profit-it's your choice.

[Learn More or Apply]

[AdSense Home]   [Apply Now]