# EXHIBIT D

Dockets.Justia.com

# Corporations

The information displayed here is current as of "NOV 10, 2006" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for **" Google "**

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C2464636 | 8/27/2002 | active | **GOOGLE FINANCIAL SERVICES, INC.** | CHAOJUNG LI |
| C2670890 | 8/16/2004 | active | **GOOGLE FOUNDATION** | BETSY BUCHALTER ADLER |
| C2430708 | 9/23/2002 | suspended | **GOOGLE INC.** | CALIFORNIACOMPA NY DOCUMENT SYS TEM, INC. |
| C2474131 | 11/7/2002 | active | **GOOGLE INC.** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| C2457741 | 2/5/2003 | dissolved | **GOOGLE MEDIA CORPORATION** | JEAN SONG |
| C2742364 | 4/13/2005 | active | **GOOGLE PAYMENT CORP.** | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| C2119530 | 9/4/1998 | merged out | **GOOGLE TECHNOLOGY INC.** | DAVID C DRUMMOND |

# California Business Portal

**Secretary of State BRUCE McPHERSON**

SECRETARY OF STATE  ELECTIONS & VOTER INFO  POLITICAL REFORM  CA BUSINESS PORTAL  ARCHIVES & MUSEUM  SPECIAL PROGRAMS

## Corporations

**Business Search Corporations**

| New Search |
| Search Tips |
| Field Definitions |
| Status Definitions |
| Name Availability |
| Corporate Records |
| **Business Entities Records Order Form**  Certificates  Copies  Status Reports |
| FAQs |
| Corporations Main Page |
| Site Search |

The information displayed here is current as of "NOV 10, 2006" and is updated wee is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record may request a more extensive search by ordering a status report. Fees and instruct for ordering a status report are included on the **Business Entities Records Order** Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "Google AdSense"

### Need help with your search?

Copyright ©2001 California Secretary of State. **Privacy Statement**.