1  KEKER & VAN NEST, LLP
   ASHOK RAMANI - #200020
2  ANDREW SHEN - #232499
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendants
   GOOGLE, INC., GOOGLE ADSENSE
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11

| 12 | THERESA B. BRADLEY, Psy.D./JD, | Case No. C-06-05289-WHA |
|----|---|---|
| 13 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** |
| 14 | v. | |
| 15 | GOOGLE, INC., GOOGLE ADSENSE, | |
| 16 | Defendants. | Date: December 21, 2006<br>Time: 8:00 a.m.<br>Dept: Courtroom 9<br>Judge: The Hon. William H. Alsup |
| 17 | | |
| 18 | | Date Comp. Filed: August 28, 2006 |
| 19 | | Trial Date: TBD |

20
21
22
23
24
25
26
27
28

384543.01

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM
CASE NO. C-06-05289-WHA

Dockets.Justia.com

Defendants ("Google") Notice of Motion and Motion to Dismiss Amended Complaint for Failure to State a Claim came on for a regularly scheduled hearing at 8:00 a.m. on December 21, 2006. The Court, having considered the supporting and opposing papers, the pleadings and papers on file, and the arguments presented by counsel, hereby GRANTS Google's Motion to Dismiss Amended Complaint for Failure to State a Claim.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff Theresa B. Bradley's Amended Complaint is DISMISSED without leave to amend.

IT IS SO ORDERED.

Dated: _____   By: _____
                              HON. WILLIAM H. ALSUP
                              United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM
CASE NO. C-06-05289-WHA

384543.01