1   KEKER & VAN NEST, LLP
    ASHOK RAMANI - #200020
2   ANDREW SHEN - #232499
    710 Sansome Street
3   San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
4   Facsimile:  (415) 397-7188

5   Attorneys for Defendants
    GOOGLE, INC., GOOGLE ADSENSE
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   THERESA B. BRADLEY, Psy.D./JD,          Case No. C-06-05289-WHA

13                          Plaintiff,       **PROOF OF SERVICE**

14         v.                                Date:      December 21, 2006
                                             Time:      8:00 a.m.
15   GOOGLE, INC., GOOGLE ADSENSE,           Dept:      Courtroom 9
                                             Judge:     The Hon. William H. Alsup
16                          Defendants.
                                             Date Comp. Filed:     August 28, 2006
17
                                             Trial Date:  TBD
18

19

20

21

22

23

24

25

26

27

28

                                       1
Dockets.Justia.com

1      I, Robert W. Thomas, declare:

2      I am employed in the City and County of San Francisco, State of California in the office

3  of a member of the bar of this court at whose direction the following service was made.  I am

4  over the age of eighteen years and not a party to the within action.  My business address is Keker

5  & Van Nest, LLP, 710 Sansome Street, San Francisco, California  94111.

6      On **November 16, 2006**, I served the following documents:

7      **1)    Defendants' Notice Of Motion And Motion To Dismiss Amended Complaint**

8      **2)    Defendants' Request for Judicial Notice in Support of Motion to Dismiss Amended Complaint**

9

10      **3)    [Proposed] Order Granting Defendants' Motion To Dismiss Amended Complaint For Failure To State A Claim**

11  a)    by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below.  I am readily familiar with the practice of Keker &

12      Van Nest, LLP for collection and processing of correspondence for mailing.  According to that practice, items are deposited with the United States Postal Service at San

13      Francisco, California on that same day with postage thereon fully prepaid.  I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation

14      date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit; and

15

16  b)    by **EMAIL**, by transmitting a true and correct copy in PDF format to the email address below.

17  c)    by **COURIER**, by transmitting a true and correct copy in PDF format to Same Day Process Service, 1322 Maryland Avenue NE, Washington, DC 20002 (email:

18      samedayprocess@aol.com), and instructing them to print out the documents and hand-deliver them on today's date to the address below.

19

20  Theresa B. Bradley
4500 Connecticut Avenue NW, Suite 309
Washington, DC 20008

21  *Email: bravacorp@yahoo.com*

22  Executed on November 16, 2006, at San Francisco, California.

23  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24

25

26          /s/ Robert W. Thomas
                ROBERT W. THOMAS

27

28

2

384621.01