IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA B. BRADLEY,

    Plaintiff,

  v.

GOOGLE INC,

    Defendant.

                               /

No. C 06-05289 WHA

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

Plaintiff's motion to for leave to appear by telephone is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 4, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-05289 Bradley\deny appear by phone.wpd