**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA B. BRADLEY, | No. C 06-05289 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION TO RESCHEDULE HEARING AND CASE MANAGEMENT CONFERENCE** |
| GOOGLE INC., | |
| Defendant. / | |

Good cause not shown, plaintiff's motion to reschedule the hearing on defendant's motion to dismiss and case management conference for February 2007 is **DENIED**. The hearing and case management conference will go forward as scheduled on **DECEMBER 21, 2006**.

**IT IS SO ORDERED.**

Dated: December 12, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2006Civ\06-05289 Bradley\DenyMotionToReschedule.wpd