1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    THEESA B BRADLEY                          NO. CV 06-05289 WHA

                   Plaintiff,                   **CLERK'S NOTICE RE:**
11                                              **DOCUMENT(S) E-FILED IN**
        v.                                      **CASE NOT DESIGNATED FOR**
12                                              **ECF**
      GOOGLE INC
13
                   Defendant.
14    _____/

15

16    On 12/07/06, counsel for Defendant electronically filed a Reply Memorandum (Doc. 23). Pursuant to

      General Order 45    Section III    (see the Court's Electronic Case Filing Web site,
17
      http://ecf.cand.uscourts.gov ), certain case types are excluded from e-filing. Counsel is instructed to
18
      submit, in paper form, the electronically filed document(s) with the Clerk's Office. The document(s)
19
      should not be filed again. The filer of the document(s) should mark the paper copy clearly with "E-filed
20
      on [date]. Copy for paper file".
21

22

23

24
      Dated: December 14, 2006                           Susan Imbriani
25                                                       Deputy Clerk

26                                                       *Susan Imbriani*

27

28

United States District Court
For the Northern District of California