**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA B. BRADLEY,

    Plaintiff,

v.

GOOGLE, INC., GOOGLE ADSENSE,

    Defendants.

No. C 06-05289 WHA

**CASE MANAGEMENT ORDER**

The case management conference in this case is **CONTINUED** to **MARCH 8, 2007**, at **11:00 A.M.** to allow time for the new pleading and/or any follow-up motion practice.

**IT IS SO ORDERED.**

Dated: December 21, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE