**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA B. BRADLEY,

No. C 06-05289 WHA

      Plaintiff,

  v.

**ORDER RE PLAINTIFF'S MOTION FOR LEAVE OF COURT TO DISMISS ACTION PURSUANT TO FRCP 41**

GOOGLE, INC,

      Defendant.

                                      /

     Plaintiff's motion for leave of the court to dismiss this action without prejudice has been received. Defendant should file its response to plaintiff's motion, if any, no later than **FEBRUARY 14, 2007**.

     **IT IS SO ORDERED.**

Dated:  February 7, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE