1  KEKER & VAN NEST, LLP
   ASHOK RAMANI - #200020
2  ANDREW N. SHEN - #232499
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendants
   GOOGLE, INC., GOOGLE ADSENSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THERESA B. BRADLEY, Psy.D./JD, | Case No. C-06-05289-WHA |
|---|---|
| Plaintiff, | **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO DISMISS ACTION** |
| v. | |
| GOOGLE, INC., GOOGLE ADSENSE, | |
| Defendants. | Date: TBD<br>Time: TBD<br>Dept: Courtroom 9 |
| | Date Comp. Filed: August 28, 2006 |
| | Trial Date: TBD |

389739.01

1
DEFENDANT'S STATEMENT OF NON-OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE OF COURT TO DISMISS ACTION
CASE NO. C-06-05289-WHA

1  Pursuant to Civil L.R. 7-3(b), defendant Google, Inc. ("Google") hereby informs the
2  Court that it does not oppose plaintiff Theresa B. Bradley's ("Bradley's") Motion for Leave of
3  Court to Dismiss Action except for plaintiff's request "for admonishment by the Court of the
4  Defendants for intentional intrusion and destruction of electronic evidence under the control of
5  Google, Inc. in the Plaintiff's gMail account AFTER the filing of the Complaint."  Motion at 4.
6  The "admonishment" sought by plaintiff's motion is inappropriate and unwarranted, especially in
7  light of plaintiff's failure to establish the merits of any of her causes of action, including her
8  unfounded claims that Google has either unjustifiably deleted her e-mail messages or unlawfully
9  intruded into her Gmail account.

11 Dated:  February 14, 2007                                      KEKER & VAN NEST, LLP

                                                                  By:   /s/          Andrew N. Shen

                                                                  Attorneys for Defendants
                                                                  GOOGLE, INC., GOOGLE ADSENSE

2
DEFENDANT'S STATEMENT OF NON-OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE OF COURT TO DISMISS ACTION
CASE NO. C-06-05289-WHA

389739.01