IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA B. BRADLEY, | No. C 06-05289 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE** |
| GOOGLE, INC., and GOOGLE ADSENSE, | |
| Defendant. | |

Plaintiff's unopposed motion for leave of Court to dismiss action without prejudice pursuant to FRCP 41 is **GRANTED**. The above-captioned action is hereby dismissed without prejudice. The Court denies plaintiff's request "for admonishment" of defendant Google, Inc.

**IT IS SO ORDERED.**

Dated: February 15, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California